NELS QUEVLI AND ANOTHER v. FIRST NATIONAL
BANK OF WINDOM.[1]

April 16, 1948.

No. 34,553.

*Nels Quevli, pro se* and for appellants.
*Finstad & Ruenitz,* for respondent.

MAGNEY, JUSTICE.

The question raised in this case was considered and determined
in Quevli v. First Nat. Bank of Windom (No. 34,552), 226 Minn.
102, 32 N. W. (2d) 146, filed herewith.

Appeal dismissed.

MR. JUSTICE PETERSON took no part in the consideration or de-
cision of this case.

---

[1]Reported in 32 N. W. (2d) 147.